IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SALLIE E. CLAYTON,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **UNITED STATES OF AMERICA,**<br>          **Defendant.** | **NO.  15-1340** |

# O R D E R

**AND NOW**, this 27th day of January, 2016, upon consideration of Defendant United States of America's Motion for Summary Judgment (ECF No. 23); Plaintiff Sallie E. Clayton's Response in Opposition thereto (ECF No. 27); and Defendant's Reply in Support thereof (ECF No. 31), and for the reasons provided in the Court's Memorandum Opinion of January 27, 2016 (ECF No. 33), **IT IS ORDERED** that the motion for summary judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant United States of America, and **AGAINST** Plaintiff Sallie E. Clayton.

The Clerk of the Court is directed to close this case.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____

**WENDY BEETLESTONE, J.**